ACCEPTED
03-15-00429-CV
7253761
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/6/2015 3:03:45 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00429-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/6/2015 3:03:45 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

DENNIS DRAPER, GREG HADLEY, and CHARLES HUSTON,
Appellants,

v.

AUSTIN MANUFACTURING SERVICES, I, INC.,

Appellee.

**On Appeal from No. D-1-GN-09-004416
In the 353rd Judicial District Court, Travis County
Honorable Orlinda Naranjo, Presiding**

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF ON THE MERITS

DYKEMA COX SMITH

Christopher D. Kratovil
State Bar No. 24027427
Email: ckratovil@dykema.com
Kristina M. Williams
State Bar No. 24078303
Email: kwilliams@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 - Telephone
(214) 462-6401 - Facsimile

COUNSEL FOR APPELLEE

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Austin Manufacturing Services, I, Inc. ("Appellee") respectfully requests a thirty-day (30) extension of time, until and through Monday, November 30, 2015,[1] under Texas Rule of Appellate Procedure 38.6(d), to file Appellee's Brief on the Merits in this proceeding. No party opposes or objects to this request for an extension of time. In support of this Motion, Appellee shows as follows:

## I.
### Background and Reasons for Extension

Appellants filed a notice of appeal on July 14, 2015. Appellants' Brief was originally due no later than September 16, 2015. Appellants filed an Unopposed Motion for Extension of Time to file Brief of Appellants on September 15, 2015. This Court granted Appellants' Motion, setting the due date for Appellants' Brief as September 23, 2015. Appellants filed a second Unopposed Motion for Extension of Time to file Brief of Appellants on September 23, 2015. This Court granted Appellants' Motion, setting the due date for Appellants' Brief on September 30, 2015. Appellants filed their Brief on the Merits on September 30, 2015. As such,

---

[1] The thirtieth day following October 30, 2015 is Sunday, November 29, 2015. Pursuant to Texas Rule of Appellate Procedure 4.1, if the last day of a period is a Sunday, the period extends to the following Monday. In this case, the following Monday is Monday, November 30, 2015.

Appellee's Response Brief on the Merits is presently due on Friday, October 30, 2015. *See* TEX. R. APP. P. 38.6(b).

Appellee seeks to extend this deadline for their Brief because undersigned counsel is presently scheduled to: (a) submit Appellee's Brief on the Merits in the United States Court of Appeals for the Fifth Circuit in *Jeffrey Baron, et al. v. Daniel J. Sherman, et al.*, Case No. 15-10341, on Thursday, November 5, 2015; (b) submit an Amici Curie Brief in *United States v. Ortiz* by Wednesday, November 11, 2015, in the Supreme Court of the United States, at the request of the Colorado Congressional Delegation; and (c) take and defend several depositions in *Weatherford International, LLC v. Michael McKeachnie, et al.*, No. 1:15-cv-01320-MSK-KLM, pending in the United States District Court for the District of Colorado, and *KLX Energy Services, LLC, et al. v. Weatherford International, LLC*, No. 2015-34686, pending in the 295th Judicial District Court, Harris County, Texas, beginning on October 15, 2015 and through November 25, 2015. In order to allow counsel to fulfill these preexisting and substantial case obligations, Appellee respectfully requests a thirty (30) day extension of time to file it's Response Brief on the Merits in this matter. *See* TEX. R. APP. P. 38.6(d).

## II.
## Unopposed Request for Extension of Time and Prayer

Appellee requests that the time to file their Response Brief on the Merits be extended thirty (30) days from October 30, 2015, until and including Monday, November 30, 2015. *See* TEX. R. APP. P. 38.6(d). This relief is not sought for the purpose of delay, but so that justice may be done in the disposition of the case.

For these reasons, Appellee Austin Manufacturing Services, I, Inc. respectfully requests that the Court grant this Motion to extend the due date for the Response Brief on the Merits in this proceeding by thirty (30) days, until and including Monday, November 30, 2015.

Respectfully submitted,

*/s/ Christopher D. Kratovil*
**DYKEMA COX SMITH**

Christopher D. Kratovil
State Bar No. 24027427
Email: ckratovil@dykema.com
Kristina M. Williams
State Bar No. 24078303
Email: kwilliams@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 - Telephone
(214) 462-6401 - Facsimile

COUNSEL FOR APPELLEE
AUSTIN MANUFACTURING
SERVICES, I, INC.

3

## CERTIFICATE OF CONFERENCE

In accordance with the Texas Rules of Appellate Procedure, I certify that I conferred via email with Counsel to the Appellants, Michael S. Truesdale of Law Office of Michael S. Truesdale, PLLC, on October 6, 2015, who informed me that his clients do not oppose any of the relief sought in this Motion. Therefore, this Motion is submitted as **unopposed**.

*/s/ Kristina M. Williams*
Kristina M. Williams

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of this *UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF ON THE MERITS* was served upon the following counsel of record by regular mail and this Court's electronic filing system on October 6, 2015:

Michael S. Truesdale
State Bar No. 00791825
Law Office of Michael S. Truesdale, PLLC
801 West Avenue, Suite 201
Austin, Texas 78701
Tel: (512) 482-8671
Fax: (866) 847-8719
mike@truesdalelaw.com

      */s/ Kristina M. Williams*
Kristina M. Williams

DALLAS\867414.1
ID\KMWI - 106453\000002